People of the State of Illinois ex rel. Claude R. Henderson, Appellee, v. Robert J. Dunham et al., Appellants.

Gen. No. 41,339.

opinion filed April 23, 1941. John O. Rees, for appellants; Martin G. Loeff, of counsel; A. Henry Goldstein and Edward P. Saltiel, for appellee; A. Henry Goldstein, of counsel. Opinion by JUSTICE BURKE. ''Not to be published in full.''